| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Robert Manchel, Esq.<br>1 Eves Drive, Suite 111<br>Marlton, NJ 08053<br>Attorney for Debtor<br>RM-1141 |

| | |
|---|---|
| In Re:<br><br>Elaine R. Hatcher | Case No. 18-13455JNP<br><br>Judge:<br><br>Chapter 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

## CREDITOR'S MOTION or CERTIFICATION OF DEFAULT

**X** TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following (**choose one**):

1. _____ Motion for Relief from the Automatic Stay filed by _____, creditor. A hearing has been scheduled for _____, at _____ a.m.

OR

_____ Motion to Dismiss filed by the Standing Chapter 13 Trustee. A hearing has been scheduled for _____ at ____ a.m.

OR

____ Certification of Default filed by _____, creditor. I am requesting that a hearing be scheduled on this matter.

OR

___X__ Certification of Default filed by Standing Chapter 13 Trustee. I am requesting that a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons (**choose one**):

\_\_\_\_\_ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

\_\_\_\_\_ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

__X__ Other: I will be sending a money order or certified check by regular mail on February 22, 2019 to cure all trustee arrears and will resume regular trustee payments as of March 2019. I respectfully request the court deny the movant's request for relief & allow me to cure the arrears and continue my Chapter 13 Plan.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: __2/19/2018_____                         /s/ Elaine R. Hatcher
                                                                         Elaine R. Hatcher, Debtor