UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Robert Manchel
Executive Center of Greentree
One Eves Drive, Suite 111
Marlton, NJ  08053
(856) 797-1500
Robert Manchel
RM 1141
Attorney for Debtor(s)

In Re:

Elaine R. Hatcher

**Order Filed on April 23, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-13455JNP

Chapter: 13

Judge: Jerrold N. Poslusny

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 23, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Robert Manchel, Esquire_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____400.00_____ . The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____275.00_____ per month for _____34_____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:  
Elaine R. Hatcher  
    Debtor

Case No. 18-13455-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Apr 23, 2019  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2019.  
db          #+Elaine R. Hatcher,    204 Lenape Lane,    Pennsauken, NJ 08110-3917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2019 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
       Robert Manchel    on behalf of Debtor Elaine R. Hatcher manchellaw@yahoo.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                          TOTAL: 6