Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  18−13455−JNP
                        Chapter:  13
                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elaine R. Hatcher
   aka Elaine R. Watson
   405 Barrows Avenue
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−6246

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 19, 2021.

Dated: May 19, 2021
JAN: kvr

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                 Case No. 18-13455-JNP
Elaine R. Hatcher                                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin         Page 1 of 3
Date Rcvd: May 19, 2021      Form ID: plncf13      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elaine R. Hatcher, 405 Barrows Avenue, Pennsauken, NJ 08110-2477 |
| 517346427 | + | Bank of America, 100 N. Tryon St., Charlotte, NC 28202-4024 |
| 517346428 | + | Burlington County Board of Social Svcs, c/o Richard C. Strobel, 795 Woodland Road, Mount Holly, NJ 08060-3832 |
| 517346433 | | Comenity Capital Bank, c/o American Coradius International LLC, 2420 Sweet Home Road, Suite 150, Amherst, NY 14228-2244 |
| 517676617 | + | Conifer Realty, LLC dba 47 Housing Assoc, LLC, Riverfront Village at Pennsauken, 900 Riverview Road, Pennsauken, NJ 08110-3924 |
| 517346435 | | Cooper University Health Care, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 517346436 | + | Dollar Rent A Car, c/o Managed Recovery Systems, Inc., PO Box 8161, Greenville, SC 29604-8161 |
| 517346438 | + | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 517346439 | + | Geico, One Geico Plaza, Bethesda, MD 20810-0002 |
| 517433956 | + | H&R Block Bank, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517346440 | + | H&R Block Bank, P.O. Box 509127, San Diego, CA 92150-9127 |
| 517346441 | + | Heaven's Little Angels Learning Center, 938 North 34th Street, Camden, NJ 08105-4314 |
| 517346446 | | MTA Bridges and Tunnels, PO Box 15186, Albany, NY 12212-5186 |
| 517346442 | + | Maryland Transportation Authority, PO Box 17600, Baltimore, MD 21297-1600 |
| 517346443 | | MetLife Auto, PO Box 41753, Philadelphia, PA 19101-1753 |
| 517346447 | + | NJ EZPass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650-4971 |
| 517346448 | | PA Turnpike, c/o Professional Account Mgmt, LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 517346450 | + | PNC Bank, 300 Fifth Avenue, 29th Floor, Pittsburgh, PA 15222-2401 |
| 517346451 | + | Riverfront Village At Pennsauken, c/o Karen Larmond, 900 Riverview Road, Pennsauken, NJ 08110-3924 |
| 517712707 | | State of Maryland Central Collection Unit, Susan C. Scanlon, AAG, 300 Wet Preston Street, Room 307, Baltimore, MD 21201 |
| 517346453 | | Sterling Jewelers, Inc., c/o Selip & Stylianou, LLP, 199 Crossways Park Drive, PO Box 366, Woodbury, NY 11797-0366 |
| 517346455 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 517346456 | + | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 517440042 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517346459 | | Twin Oaks Software Development, Inc., PO Box 247, Kensington, CT 06037-0247 |
| 517452182 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 517346460 | + | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 19 2021 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 19 2021 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517346430 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 22:17:29 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517346429 | + | Email/Text: pevans@camdencc.edu | May 19 2021 20:57:00 | Camden County College, 200 College Dr, Blackwood, NJ 08012-3240 |
| 517346431 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | May 19 2021 20:59:00 | Citi, c/o JH Portfolio Debt Equities, LLC, 5757 Phantom Drive, Suite 225, Hazelwood, MO 63042-2429 |
| 517346432 | + | Email/Text: mediamanagers@clientservices.com | | |

| | | | |
|---|---|---|---|
| | | May 19 2021 20:56:00 | Client Services, Incorporated, 3451 Harry S Truman Blvd., Saint Charles, MO 63301-9816 |
| 517346434 | + Email/Text: convergent@ebn.phinsolutions.com | May 19 2021 20:58:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 517346437 | Email/Text: data_processing@fin-rec.com | May 19 2021 20:57:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 517346445 | + Email/Text: bankruptcydepartment@tsico.com | May 19 2021 20:58:00 | MTA Bridges and Tunnels, c/o Transworld Systems, Inc., 5626 Frantz Road, Dublin, OH 43017-1559 |
| 517346444 | + Email/Text: bankruptcydpt@mcmcg.com | May 19 2021 20:58:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 517447315 | + Email/Text: bankruptcydpt@mcmcg.com | May 19 2021 20:58:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517346449 | Email/Text: bankruptcypgl@plaingreenloans.com | May 19 2021 20:58:00 | Plain Green, 93 Mack Road Suite 600, Box Elder, MT 59521 |
| 517346452 | Email/PDF: ais.sprint.ebn@americaninfosource.com | May 19 2021 22:17:29 | Sprint, c/o Afni, Inc., 1310 Martin Luther King Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 517349207 | + Email/PDF: gecsedi@recoverycorp.com | May 19 2021 22:16:05 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517346454 | Email/Text: bankruptcy@td.com | May 19 2021 20:58:00 | TD Bank, 1701 Marlton Pike E, Cherry Hill, NJ 08034 |
| 517514965 | + Email/Text: bncmail@w-legal.com | May 19 2021 20:58:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517346457 | + Email/Text: bankruptcydepartment@tsico.com | May 19 2021 20:58:00 | Transworld Systems Inc, 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |
| 517346458 | Email/Text: bankruptcydepartment@tsico.com | May 19 2021 20:58:00 | Transworld Systems Inc, PO Box 15520, Wilmington, DE 19850-5520 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 21, 2021                Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2021 at the address(es) listed below:

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: May 19, 2021 | Form ID: plncf13 | Total Noticed: 45

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Robert Manchel | on behalf of Debtor Elaine R. Hatcher manchellaw@yahoo.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6