**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Elaine R. Hatcher <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–6246 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–13455–JNP | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Elaine R. Hatcher
aka Elaine R. Watson

9/14/21

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Elaine R. Hatcher  
    Debtor

Case No. 18-13455-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Sep 14, 2021     Form ID: 3180W     Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elaine R. Hatcher, 405 Barrows Avenue, Pennsauken, NJ 08110-2477 |
| 517346428 | + | Burlington County Board of Social Svcs, c/o Richard C. Strobel, 795 Woodland Road, Mount Holly, NJ 08060-3832 |
| 517346433 | | Comenity Capital Bank, c/o American Coradius International LLC, 2420 Sweet Home Road, Suite 150, Amherst, NY 14228-2244 |
| 517676617 | + | Conifer Realty, LLC dba 47 Housing Assoc, LLC, Riverfront Village at Pennsauken, 900 Riverview Road, Pennsauken, NJ 08110-3924 |
| 517346435 | | Cooper University Health Care, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 517346436 | + | Dollar Rent A Car, c/o Managed Recovery Systems, Inc., PO Box 8161, Greenville, SC 29604-8161 |
| 517346439 | + | Geico, One Geico Plaza, Bethesda, MD 20810-0002 |
| 517433956 | + | H&R Block Bank, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517346440 | + | H&R Block Bank, P.O. Box 509127, San Diego, CA 92150-9127 |
| 517346441 | + | Heaven's Little Angels Learning Center, 938 North 34th Street, Camden, NJ 08105-4314 |
| 517346446 | | MTA Bridges and Tunnels, PO Box 15186, Albany, NY 12212-5186 |
| 517346442 | + | Maryland Transportation Authority, PO Box 17600, Baltimore, MD 21297-1600 |
| 517346443 | | MetLife Auto, PO Box 41753, Philadelphia, PA 19101-1753 |
| 517346447 | + | NJ EZPass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650-4971 |
| 517346448 | | PA Turnpike, c/o Professional Account Mgmt, LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 517346450 | + | PNC Bank, 300 Fifth Avenue, 29th Floor, Pittsburgh, PA 15222-2401 |
| 517346451 | + | Riverfront Village At Pennsauken, c/o Karen Larmond, 900 Riverview Road, Pennsauken, NJ 08110-3924 |
| 517712707 | | State of Maryland Central Collection Unit, Susan C. Scanlon, AAG, 300 Wet Preston Street, Room 307, Baltimore, MD 21201 |
| 517346453 | | Sterling Jewelers, Inc., c/o Selip & Stylianou, LLP, 199 Crossways Park Drive, PO Box 366, Woodbury, NY 11797-0366 |
| 517440042 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517346459 | | Twin Oaks Software Development, Inc., PO Box 247, Kensington, CT 06037-0247 |
| 517452182 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 517346460 | + | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 14 2021 21:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 14 2021 21:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517346427 | + | EDI: BANKAMER2.COM | Sep 15 2021 00:58:00 | Bank of America, 100 N. Tryon St., Charlotte, NC 28202-4024 |
| 517346430 | | EDI: CAPITALONE.COM | Sep 15 2021 00:58:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517346429 | + | Email/Text: pevans@camdencc.edu | Sep 14 2021 21:09:59 | Camden County College, 200 College Dr, Blackwood, NJ 08012-3240 |
| 517346431 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Sep 14 2021 21:10:00 | Citi, c/o JH Portfolio Debt Equities, LLC, 5757 Phantom Drive, Suite 225, Hazelwood, MO 63042-2429 |
| 517346432 | + | Email/Text: mediamanagers@clientservices.com | Sep 14 2021 21:09:00 | Client Services, Incorporated, 3451 Harry S Truman Blvd., Saint Charles, MO 63301-9816 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 14, 2021 | Form ID: 3180W | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| 517346434 | + | EDI: CONVERGENT.COM | Sep 15 2021 00:58:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 517346437 | | Email/Text: data_processing@fin-rec.com | Sep 14 2021 21:09:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 517346438 | + | EDI: FSAE.COM | Sep 15 2021 00:58:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 517346445 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 14 2021 21:10:00 | MTA Bridges and Tunnels, c/o Transworld Systems, Inc., 5626 Frantz Road, Dublin, OH 43017-1559 |
| 517346444 | + | EDI: MID8.COM | Sep 15 2021 00:58:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 517447315 | + | EDI: MID8.COM | Sep 15 2021 00:58:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517346449 | | Email/Text: bankruptcypgl@plaingreenloans.com | Sep 14 2021 21:10:00 | Plain Green, 93 Mack Road Suite 600, Box Elder, MT 59521 |
| 517346452 | | EDI: AISSPRINT | Sep 15 2021 00:58:00 | Sprint, c/o Afni, Inc., 1310 Martin Luther King Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 517349207 | + | EDI: RMSC.COM | Sep 15 2021 00:58:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517346454 | | EDI: TDBANKNORTH.COM | Sep 15 2021 00:58:00 | TD Bank, 1701 Marlton Pike E, Cherry Hill, NJ 08034 |
| 517514965 | + | Email/Text: bncmail@w-legal.com | Sep 14 2021 21:10:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517346455 | + | EDI: WTRRNBANK.COM | Sep 15 2021 00:58:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 517346456 | + | EDI: TFSR.COM | Sep 15 2021 00:58:00 | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 517346457 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 14 2021 21:10:00 | Transworld Systems Inc, 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |
| 517346458 | | Email/Text: bankruptcydepartment@tsico.com | Sep 14 2021 21:10:00 | Transworld Systems Inc, PO Box 15520, Wilmington, DE 19850-5520 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2021            Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Robert Manchel | on behalf of Debtor Elaine R. Hatcher manchellaw@yahoo.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6